**Byron Shawntele GEORGE,
Plaintiff—Appellant,**

v.

**COUNTY OF CRAVEN; Jerry
Monette, Defendants—
Appellees.**

**No. 04–7663.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 14, 2005.

Decided April 19, 2005.

Byron Shawntele George, Appellant pro se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Byron Shawntele George appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See George v. County of Craven*, No. CA–04–282–5–H (E.D.N.C. filed Sept. 22, 2004; entered Sept. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*